

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00829-CV

Antonio **SEPEDA**,
Appellant

v.

Amy C. **SEPEDA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17885
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: January 15, 2014

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM